

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2025
```

**MEMO ENDORSED**

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Emily C. Haigh
212.497.8483 direct
ehaigh@littler.com

Anat Maytal
212.471.4422 direct
amaytal@littler.com

June 23, 2025

**VIA ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

  Re: *Shawn Bullock v. Montefiore Medical Center, et al.*, 1:25-cv-02825

Dear Judge Parker:

  We represent Defendants Montefiore Medical Center, Montefiore Einstein Inc., and Montefiore Einstein Advanced Care (the "Defendants"), in the above-referenced matter filed by Plaintiff Shawn Bullock ("Plaintiff," together with Defendants, the "Parties").

  We recently filed a letter on June 11, 2025 (ECF No. 17), in which we requested —and Your Honor kindly granted (ECF No. 18)—an extension of the time to respond to the Complaint through and including July 11, 2025. The Parties now respectfully request an adjournment of the initial conference currently scheduled for tomorrow, June 24, 2025, at 3:00 PM. The Parties are engaged in preliminary discussions regarding potential resolution of this matter and spoke today on that topic. The Parties believe that both an adjournment and referral to the Court's Mediation Program pursuant to Local Civil Rule 83.9 would allow those discussions to proceed efficiently with the assistance of a neutral mediator, while also conserving the Court's time and resources.

We thank the Court's attention to this matter.

Respectfully submitted,

*/s/ Anat Maytal*

Attorney for Defendants

**APPLICATION GRANTED:**  The Initial Conference set for 6/24/2025 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, September 3, 2025 at 12:00 p.m.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.