**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHAWN BULLOCK,

                         Plaintiff,

             -against-

MONTEFIORE MEDICAL CENTER, et al.,

                         Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025

**25-CV-2825 (DEH) (KHP)**

**PRE-CASE MANAGEMENT**
**CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 28, 2025, Defendant filed a letter with the Court requesting that the Initial Case Management Conference scheduled for Thursday October 30, 2025 be converted to a pre-motion conference. (ECF No. 28) Plaintiff also filed a Letter on October 29, 2025 requesting an adjournment to the Conference citing a scheduling conflict that would prevent counsel's attendance. (ECF No. 29).

First, Plaintiff's request is DENIED. The Parties had roughly two months advance notice of this conference. It was scheduled (after several prior adjournments) on September 2, 2025. (ECF No. 26) Any scheduling conflicts should have been brought to the Court's attention well in advance, rather than on the eve of the conference. Per the Court's *Individual Practices in Civil Cases*, "absent good cause, any request for extension or adjournment shall be made at least 48 hours or 2 business days, whichever is greater, before the deadline or scheduled appearance."

Second, the proposed motions described in Defendant's letter will be discussed at the scheduled Conference. Further, the parties shall submit a proposed discovery plan to the Court prior to the scheduled Conference.

Third, the Parties are reminded that the above-entitled action has been referred for General Pretrial (ECF No. 5) and that they should address future letters relating to pretrial matters to the undersigned.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 28 and 29.**

**SO ORDERED.**

DATED:    New York, New York
          October 29, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge