**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SHAWN BULLOCK,

                                 Plaintiff,

                 -against-

MONTEFIORE MEDICAL CENTER, et al.,

                              Defendants.

-----------------------------------------------------------------X

**25-CV-2825 (DEH) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2026

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 7, 2026, Plaintiff Shawn Bullock filed a letter opposing his attorney John T. Hague's motion to withdraw as counsel. (ECF No. 50) Although the letter was filed on January 7, 2026, it is dated December 22, 2025. By the time his letter was filed, however, the Court had already granted Mr. Hague's motion to withdraw in an Opinion and Order dated January 5, 2026. (ECF No. 49)

The Court has reviewed Plaintiff's objection and construes it as a motion for reconsideration. The motion is DENIED because nothing in the contents of Plaintiff's letter alters the Court's prior determination. Plaintiff is reminded of his obligation to keep the Court apprised of his current mailing address at all times, and failure to do so may result in adverse consequences, including dismissal of this action. Plaintiff is further reminded that he has until **February 4, 2026**, to respond to the pending sanctions motion and motion for judgment on the pleadings, either pro se or through newly retained counsel.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at the address listed on page 3 of ECF No. 50.**

**SO ORDERED.**

DATED:      New York, New York
            January 12, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge