UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bullock,<br><br>                    Plaintiff(s),<br><br>           v.<br><br>Montefiore Medical Center et al.,<br><br>                    Defendant(s). | 25-CV-2825 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The parties shall appear for a conference in this matter on **May 27, 2026** at **11:30 A.M.**

The conference will be held via Microsoft Teams.  The parties should dial in by calling (646)

453-4442 and entering the Phone Conference ID: 995 957 968, followed by the pound (#) sign**.**

SO ORDERED.

Dated: May 26, 2026
          New York, New York

_____
                    DALE E. HO
          United States District Judge