UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bullock,

                    Plaintiff(s),

          v.

Montefiore Medical Center et al.,

                    Defendant(s).

25-CV-2825 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties shall appear for a conference in this matter on **June 1, 2026** at **11 A.M.**  The

conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-

4442 and entering the Phone Conference ID: 425 596 072, followed by the pound (#) sign.

Further, Defendants shall effectuate service of this Order on Plaintiff and shall file proof of such

service on the docket by **May 27, 2026**.

SO ORDERED.

Dated:  May 27, 2026
          New York, New York

_____
          DALE E. HO
          United States District Judge