**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

SHAWN BULLOCK,

                    Plaintiff,

        -against-

MONTEFIORE MEDICAL CENTER, et al.,

                 Defendants.
----------------------------------------------------------------X

**25-CV-2825 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Unless Plaintiff obtains new counsel in this matter, Plaintiff will be proceeding pro se. To this end, the Court alerts Plaintiff that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court.  The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion. Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-selegal-assistance-project/. If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org. In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2026

 **In light of Plaintiff's pro se status, the Clerk of Court is respectfully directed to mail Plaintiff a copy of this order, the docket sheet, as well as the following docket entries: ECF Nos. 60, 61.**

       **SO ORDERED.**

DATED:      New York, New York
               June 22, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge