USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/06/2026

Littler

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Emily C. Haigh
212.497.8483 direct
ehaigh@littler.com

Anat Maytal
212.471.4422 direct
amaytal@littler.com

**APPLICATION GRANTED**: The Case Management Conference in this matter scheduled for Thursday, July 23, 2026, at 3:00 p.m. is hereby converted to a telephonic proceeding. The parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial (646)-453-4442, conference ID 745 080499#. The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
07/06/2026

July 2, 2026

**VIA ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: *Shawn Bullock v. Montefiore Medical Center*, 1:25-cv-02825

Dear Judge Parker:

We represent Defendant Montefiore Medical Center (the "Defendant") in the above-referenced matter brought by pro se Plaintiff Shawn Bullock ("Plaintiff"). We respectfully write to request a modification of the Case Management Conference currently scheduled to be held in person on July 23, 2026, pursuant to the Court's Scheduling Order (Dkt. No. 63).

Defense counsel will be out of town and unavailable to appear in person on that date. Accordingly, Defendant respectfully requests that the conference be conducted remotely. In the alternative, if the Court prefers that the conference proceed in person, Defendant respectfully requests that the conference be adjourned to a date after August 10, 2026, when defense counsel will again be available to appear before the Court.

A copy of this letter is being served on Plaintiff, who is proceeding pro se, via email and Federal Express delivery. Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

*/s/ Emily C. Haigh*
Emily C. Haigh

*Attorney for Defendant*