USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SHAWN BULLOCK,

Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, et al.,

Defendants.
---------------------------------------------------------------X

**25-CV-2825 (DEH) (KHP)**

**POST CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 23, 2026, the parties appeared before the undersigned for a case management conference. As discussed in greater detail on the record:

Plaintiff is directed, **by August 6, 2026**, to: (1) produce all documents and tangible items in his possession or control that are responsive to Defendant's initial discovery demands and relevant to this action; (2) provide responses to Defendant's interrogatories; (3) execute the two HIPAA authorizations provided by Defendant; and (4) produce the requested medical records.

By **August 24, 2026**, Plaintiff shall consult with a qualified technical professional and produce the videos requested by Defendant in their original format, downloaded from the device(s) on which they were recorded, together with all available metadata.

To the extent it has not already done so, Defendant shall promptly provide Plaintiff, in both electronic and hard-copy form, with its document requests, interrogatories, and HIPAA authorization forms. By **August 7, 2026**, Defendant shall file a letter advising the Court whether it has received Plaintiff's document production, interrogatory responses, and executed HIPAA

authorizations. By **August 25, 2026**, Defendant shall file a further letter advising whether it has received the requested videos in their original format, together with the associated metadata.

The fact-discovery deadline in this action is extended to **August 24, 2026**, for the limited purpose of allowing Plaintiff to comply with the discovery obligations set forth above.

In light of Plaintiff's representation that he intends to comply with Defendant's discovery demands, the Court will not set a formal briefing schedule for a motion to compel at this time. To the extent Defendant intended its letter at ECF No. 72 to constitute a formal motion to compel, that motion is DENIED without prejudice. Plaintiff is cautioned, however, that failure to comply with this Order or otherwise satisfy his discovery obligations may result in sanctions, including a recommendation that this action be dismissed.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 72 and mail a copy of this order to the pro se Plaintiff at: 700 Rosewood Street Apt. 5B, Bronx, NY 10467.**

**SO ORDERED.**

DATED: New York, New York
July 23, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge