USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SHAWN BULLOCK,

Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, et al.,

Defendants.
------------------------------------------------------------------X

**25-CV-2825 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 7, 2026, Defendant Montefiore Medical Center ("Defendant") filed a letter updating the Court regarding Plaintiff's compliance with his discovery obligations. Defendant represents that Plaintiff is already in violation of the Court's Order at ECF No. 74. Specifically, that Plaintiff has failed to serve responses to Defendant's First Set of Interrogatories and First Set of Requests for Production, has not produced the requested medical records, and has provided a HIPAA authorization for only one of the two medical providers at issue.

Accordingly, Plaintiff is directed to respond to Defendant's letter at ECF No. 75 by no later than **Friday, August 14, 2026**. Plaintiff is warned that failures to comply with court orders may result in sanctions up to and including dismissal of this action.

**The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff at: 700 Rosewood Street Apt. 5B, Bronx, NY 10467.**

**SO ORDERED.**

DATED: New York, New York
August 10, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge