USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

SHAWN BULLOCK,

Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, et al.,

Defendants.

----------------------------------------------------------------X

**25-CV-2825 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

After a Case Management Conference on July 23, 2026, the Court entered a Post-Conference Order clearly outlining the Court's expectations for discovery in the above-entitled action. (ECF No. 74) Yet on August 7, 2026, Defendant filed a letter with the Court indicating that Plaintiff had already failed to comply with the Court's Order by failing to produce the requisite discovery and provide all the required medical authorizations. (ECF No. 75) On August 10, 2026, the Court directed pro se Plaintiff to respond to Defendant's letter at ECF No. 75 by August 14, 2026. (ECF No. 76) No response from Plaintiff has materialized.

Applying special solicitude in light of Plaintiff's pro se status, the Court will allow him until **August 26, 2026** to respond to Defendant's letter at ECF No. 75. Plaintiff is once again warned that a continued failure to comply with Court orders and otherwise satisfy his discovery obligations may result in sanctions, including a recommendation that this action be dismissed for failure to prosecute. *See* Fed R. Civ. P. 37(b); Fed. R. Civ. P. 41(b); *see also LeSane v. Hall's Sec. Analyst, Inc.,* 239 F.3d 206, 209 (2d Cir.2001) (outlining various factors a court must consider prior to dismissing an action *sua sponte* for failure to prosecute); *Funes v. City of New York*, No. 18 Civ. 9558 (JMF), 2021 WL 962942, at *2 (S.D.N.Y. Jan. 7, 2021) (dismissing case for

failure to prosecute after pro se plaintiff received multiple warnings that a failure to comply with discovery obligations could result in dismissal).

**The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff at: 700 Rosewood Street Apt. 5B, Bronx, NY 10467.**

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

Katharine H Parker
KATHARINE H. PARKER
United States Magistrate Judge